John Frederick BALLENTINE, Plaintiff—Appellant,

v.

VIRGINIA PAROLE BOARD, Defendant—Appellee.

No. 05–6336.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 18, 2005.

Decided Aug. 24, 2005.

John Frederick Ballentine, Appellant Pro Se.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Frederick Ballentine appeals the district court's order accepting a magistrate judge's recommendation to deny relief on his 42 U.S.C. § 1983 (2000) complaint and a subsequent order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ballentine v. Virginia Parole Bd.,* No. CA–04–537–3 (E.D. Va. Dec. 6, 2004 & Jan. 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*